TRACY L. WILKISON
Acting United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-0721
     Facsimile:  (213) 894-0141
     E-mail:     John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
09.27.2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DC___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

IN THE MATTER OF THE EXTRADITION OF

ALFREDO CASTRO MARTINEZ,
   aka "El Chikilin,"
   aka "El Chiquilin,"

A Fugitive from the
Government of the
United Mexican States.

No. 2:20-mj-04720

[Proposed] ORDER

Upon consideration of the request of the United States for the detention of fugitive ALFREDO CASTRO MARTINEZ, also known as ("aka") "El Chikilin," aka "El Chiquilin" ("CASTRO MARTINEZ"), pending extradition proceedings, and good cause therefor appearing,

IT IS HEREBY ORDERED that said request is GRANTED, the Court making the following findings of fact and conclusions of law:

1.  In foreign extradition matters there is a presumption against bail and only "special circumstances" will justify release on bail.  See United States v. Salerno, 878 F.2d 317, 317 (9th Cir. 1989); see also In re Extradition of Smyth, 976 F.2d 1535, 1535-36 (9th Cir. 1992); Kamrin v. United States, 725 F.2d 1225, 1228 (9th

Cir. 1984). The burden of showing special circumstances exist rests upon the fugitive. See, e.g., Salerno, 878 F.2d at 317-18. Here, the Court finds that no such "special circumstances" exist.

2. The government alternatively requests detention on the grounds that CASTRO MARTINEZ presents an unacceptable risk of (a) flight and/or (b) danger to the community, even if the Court were to find that special circumstances are present.

The Court hereby finds no combination of conditions that will reasonably assure:

    a.   (x) the appearance of fugitive as required; and/or

    b.   (x) the safety of any person or the community

_____
_____
_____
_____
_____

IT IS SO ORDERED.

9/27/2021
DATE

HONORABLE SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

Presented by:

*/s/ John J. Lulejian*
JOHN J. LULEJIAN
Assistant United States Attorney